LAW OFFICES OF ANGEL J. HORACEK, PC
Angel James Horacek (SBN 245680)
angel@horaceklaw.com
5701 West Slauson Avenue, Suite 210
Culver City, CA  90230
310-774-0323
310-774-3945 fax

Attorney for Plaintiff
KIM QUALLS

GORDON REES SCULLY MANSUKHANI, LLP
Debra Ellwood Meppen (SBN: 183885)
dmeppen@grsm.com
Laurie DeYoung (SBN: 154796)
ldeyoung@grsm.com
Alexa L. Halloran (SBN: 315470)
ahalloran@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
COLOPLAST CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM QUALLS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COLOPLAST CORP, a corporation, and DOES 1 to 20, inclusive,<br><br><br>        Defendants. | Case No.: **2:21−cv−01392−RGK−KS**<br><br>**STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(2)]**<br><br>*Before the Honorable R. Gary Klausner*<br><br>Complaint Filed:  January 13, 2021 |

PLEASE TAKE NOTICE:

That this action is dismissed by Plaintiff Kim Qualls and Defendant

Coloplast Corp. in its entirety.

1

**STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(2)]**
2:21-cv-01392-RGK-KS

1  The dismissal is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2).

2

3  Dated: November 17, 2021        LAW OFFICES OF ANGEL J. HORACEK, PC

4

5  _____

6  Angel J. Horacek
   Attorney for Plaintiff Kim Qualls

7

8  Dated:  November 15, 2021        GORDON REES SCULLY MANSUKHANI, LLP

9

10 _____

11 Debra Ellwood Meppen
   Laurie DeYoung

12 Alexa L. Halloran
   Attorneys for Defendant Coloplast Corp.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(2)]**
2:21-cv-01392-RGK-KS

<u>**PROOF OF SERVICE**</u>
**CASE NAME:  QUALLS v. COLOPLAST CORP.**
**CASE NUMBER: 2:21-cv-01392-RGK-KS**

I, the undersigned, certify and declare that I am over the age of 18 years, am not a party to the above-entitled action, and that

[x] I am a member of the Bar of the State of California;

[x] I am employed in the offices of a member of the Bar of this Court at whose direction service has been effected.

My business address is 5701 West Slauson Avenue, Suite 210, Culver City, California 90230. I am familiar with this office's practice of collection and processing of correspondence to be deposited for delivery via the United States Postal Service as well as other methods used for delivery of correspondence.

On the below stated date, in the County of Los Angeles, I caused to be served a true copy of **STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(2)]** on the following parties:

DEBRA ELLWOOD MEPPEN                  *Attorneys for*
LAURIE DEYOUNG                        Defendant Coloplast Corp.
ALEXA L. HALLORAN
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071


[  ] by instructing the document to be personally hand delivered;

[  ] by depositing it in the United States mail in Los Angeles, California in a sealed envelope with the postage thereon fully prepaid;

[x] by electronic delivery

[  ] by overnight mail;

[  ] by facsimile.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on November 17, 2021.

*/s/ Angel J. Horacek*
Angel J. Horacek

PROOF OF SERVICE
2:21-cv-01392-RGK-KS